IMMIGRATION COURT
1623 EAST J STREET, SUITE 3
TACOMA, WA 98421

In the Matter of:                Case No: A201-602-048

PAATEL, TUSHAR BHARATBHAI

                                      IN: CREDIBLE FEAR REVIEW PROCEEDINGS
     Respondent

ORDER OF THE IMMIGRATION JUDGE

On **Sep 24, 2019 at 09:30 A.M.** a review of the DHS Credible Fear Determination was held in the matter noted above. Testimony [ ] was [✓] was not taken regarding the background of the Applicant and the Applicant's fear of returning to his/her country of origin or last habitual residence.

After consideration of the evidence, the Court finds that the Applicant [ ] has [✓] has not established a significant possibility that he/she would be persecuted on the basis of his/her race, religion, nationality, membership in a particular social group, or because of his/her political opinion.

The Court further finds that the Applicant [ ] has [✓] has not established a significant possibility that he/she would be intentionally subjected to serious physical or mental harm inflicted by, or at the instigation of, or with the consent or acquiescence of, a government official or other person acting in an official capacity.

ORDER: It is hereby ordered that the decision of the immigration officer is:

    [✓] Affirmed, and the case is returned to the DHS for removal of the alien.

    [ ] Vacated.

    This is a final order. There is no appeal available.

DONE and ORDERED this **24** day of **September, 2019**.

                                                    CHARLES NEIL FLOYD
                                                    Immigration Judge

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [✓] ALIEN's ATT/REP [✓] DHS
DATE: 9-24-19 BY: COURT STAFF
    Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other