District Judge Marsha J. Pechman
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUSHAR BHARATBHAI PATEL,<br><br>                         Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                        Respondents. | Case No. C19-2009 MJP-MAT<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br>**Noted for consideration:<br>January 7, 2020**. |

## **JOINT STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that Petitioner was served with a Notice to Appear ("NTA"), placing him in removal proceedings on January 7, 2020, rendering his *Thurassigiam*-based habeas petition moot. Form I-862 NTA, attached hereto as Exhibit A; *see also Thurassigiam v. U.S. Dept. of Homeland Sec.,* 917 F.3d 1097 (2019), *cert. granted*, -- S.Ct. --, 2019 WL 5281289 (Oct. 18, 2019). Accordingly, the parties hereby jointly move the Court for an order dismissing the Complaint without claim of either party for attorney's fees or costs.

//
//
//
//

STIPULATED MOTION FOR ORDER OF DISMISSAL
[Case No. C19-2009 MJP-MAT] PAGE- 1

Dated this 7th day of January, 2020.

| | |
|---|---|
| | BRIAN T. MORAN<br>United States Attorney |
| *s/ Jennifer Lesmez* <br>JENNIFER LESMEZ, WSBA No. 34547<br>Law Offices of Jennifer Lesmez<br>P.O. Box 1797<br>Allyn, Washington 98524<br>Phone: 424-509-8697<br>Fax: 253-295-4612<br>Email: jlesmez@aol.com<br><br>Attorney for Petitioner | *s/ Priscilla T. Chan* <br>PRISCILLA T. CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: priscilla.chan@usdoj.gov<br><br>Attorney for Respondents |

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed without an award of costs to either party.

Dated this 8th day of January, 2020.

_____
Marsha J. Pechman
United States District Judge

STIPULATED MOTION FOR ORDER OF DISMISSAL
[Case No. C19-2009 MJP-MAT] PAGE- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Presented by:

*s/ Jennifer Lesmez*
JENNIFER LESMEZ, WSBA No. 34547
Law Offices of Jennifer Lesmez
P.O. Box 1797
Allyn, Washington 98524
Phone: 424-509-8697
Fax: 253-295-4612
Email: jlesmez@aol.com

Attorney for Petitioner


BRIAN T. MORAN
United States Attorney

*s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

Attorney for Respondents

STIPULATED MOTION FOR ORDER OF DISMISSAL
[Case No. C19-2009 MJP-MAT] PAGE- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970